**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV 16-01065 DSF (PJWx) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| $259,004.00 IN U.S. CURRENCY AND 549 PIECES OF ASSORTED PRECIOUS METALS, ) ) ) | |
| Defendants. ) | |

_____

The Court having granted the United States of America's motion for entry of default judgment,

IT IS ORDERED AND ADJUDGED that the defendant assets are forfeited to the United States and that the action is dismissed.

10/11/16

Dated: _____    _____
　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　United States District Judge